IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE RIZZO,<br><br>     Plaintiff,<br><br>  v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>     Defendants. | No. C 09-02260 SBA (PR)<br><br>**ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION AND TERMINATING PENDING MOTIONS** |

Pursuant to the document entitled, "Motion to Dismiss," which will be construed as a notice of voluntary dismissal of this action filed by Plaintiff on February 22, 2010, this action is terminated. See Fed. R. Civ. P. 41(a)(1)(A)(i) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); Hamilton v. Shearson-Lehman Am. Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(A)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice"); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

The Clerk of the Court shall terminate all pending motions as moot (docket no. 5) and close the file.

This Order terminates Docket nos. 5 and 9.

IT IS SO ORDERED.

DATED: 2/25/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.99\Rizzo2260.voluntaryDISMISS.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PIERRE RIZZO,

        Plaintiff,

v.

JEANNE S. WOODFORD et al,

        Defendant.

Case Number: CV09-02260 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pierre Rizzo V-12783
California Department of Corrections and Rehabilitation
P.O. Box 8501
Coalinga, CA 93210

Dated: February 26, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.99\Rizzo2260.voluntaryDISMISS.wpd